IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEAN A MCCONNELL,

    Plaintiff,

v.                                                           CASE NO. 1:09-cv-00063-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation regarding the Complaint Filed by Dean a McConnell, Doc. 1. The Magistrate has recommended that the decision of the Commissioner to deny Plaintiff's application for Social Security benefits be affirmed. No objections have been filed, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 20, is ADOPTED and incorporated herein.

2.    The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is AFFIRMED.

    **DONE AND ORDERED** this  *2nd*  day of December, 2009



                                          *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge